James J. Joseph [State Bar No. 053840]
2029 Century Park East, Third Floor
Los Angeles, CA 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Chapter 7 Trustee

ORIGINAL


FILED
SEP - 8 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re

ETM ENTERTAINMENT NETWORK INC., WINPOINT INTERACTIVE MULTIMEDIA SYSTEM,

Debtor.

) Case No. 8:00-15113-ES
) Chapter 7
)
) REPORT OF TRUSTEE UNDER RULE
) 3011
)

**TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 1435 in the sum of $137,637.80 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: September ___, 2009

_____
James J. Joseph
Chapter 7 Trustee

-1-

## LISTING OF UNCASHED DIVIDEND PAYMENTS
Bankruptcy Procedure 3011

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000026 | VALLEY ARENA MANAGEMENT<br>1826W MCDOWELL ROAD 100<br>PHOENIX, AZ 85007 | $170,037.00 | $18,373.56 |
| 000036 | AC&C NETWORK SERVICES<br>1502W YALE AVE<br>ORANGE, CA 92867 | $1,257.50 | $135.83 |
| 000039 | SEDONA CULTURAL PARK<br>PO BOX 2515<br>SEDONA, AZ 86339 | $14,123.67 | $1,525.52 |
| 000040 | CAPITAL VIDEO A P<br>2760 SHARBOR BLVD STE H<br>SANTA ANA, CA 92704 | $850.00 | $91.81 |
| 000053 | MINOLTA BUSINESS SYSTEMS INC<br>P0 BOX 910667<br>DALLAS, TX 75391 | $169.82 | $18.34 |
| 000057 | KRISTI LAYNE<br>13041 GERSHWIN WAY<br>SILVER SPRING, MD 20904 | $308.90 | $33.37 |
| 000065 | BPI COMMUNICATIONS INC<br>P 0 BOX 7247 8042<br>PHILADELPHIA, PA 19170 | $6,684.54 | $722.01 |
| 000071 | MARY ANN LAWSON<br>17282 CHICAGO AVENUE<br>YORBA LINDA, CA 92886 | $1,792.00 | $193.56 |
| 000101 | METROPOLITAN WINDS<br>7645 CEDAR ELM DRIVE<br>IRVING, TX 75063 | $1,010.00 | $109.09 |
| 000108 | EVENT INTERNATIONAL<br>250 W 103 RD STREET<br>NEW YORK, NY 10025 | $1,799.92 | $194.41 |
| 000111 | CHELSI S. MONTOYA<br>4921 DEL MAR AVE., UNIT A<br>OCEAN BEACH, CA 92107 | $129.30 | $13.97 |

| | | | |
|---|---|---|---|
| 000122 | COMPU HOPE INC<br>3460 TORRANCE BLVD<br>SUITE 219<br>TORRANCE, CA 90503 | $8,079.20 | $872.65 |
| 000123 | DOUBLECLICK<br>450 W 33RD ST<br>NEW YORK, NY 10001 | $1,500.00 | $162.02 |
| 000135 | ATLANTIC MUTUAL<br>INSURANCE COMPANY<br>11 PENN PLAZA STE 2101<br>NEW YORK, NY 10001-2088 | $12,218.00 | $1,319.69 |
| 000156 | PROMISE PRODUCTIONS<br>14 NE BARNARD STREET<br>BOX 927<br>GLENROSE, TX 76043 | $27,465.31 | $2,966.58 |
| 000161 | BARRETT JOHN W<br>10329 BAMBOO LANE<br>NORTH LITTLE RO, AR 72120 | $1,424.00 | $153.81 |
| 000166 | CLEAR CHANNEL<br>COMMUNICATION<br>4891 PACIFIC HIGHWAY<br>SAN DIEGO, CA 92110 | $274.00 | $29.60 |
| 000173 | VERIZON WIRELESS<br>15505 SAND CANYON<br>AVENUE D<br>IRVINE, CA 92618-3114 | $260.85 | $28.17 |
| 000175 | KARL W HERMANN<br>148 W BOCA RATON RD<br>PHOENIX, AZ 85023 | $20,000.00 | $2,160.24 |
| 000184 | FIDELITY WALNUT CREEK<br>PROPERTIES INC<br>150 FEDERAL STREET<br>BOSTON, MA 02110 | $60,117.82 | $6,493.44 |
| 000204 | J P MORGAN SECURITIES INC<br>60 WALL STREET<br>NEW YORK NEW YO, NY<br>10260-0060 | $800,000.00 | $86,444.97 |
| 000212 | MACERICH PROPERTY<br>MANAGEMENT CO.<br>1999 AVENUE OF THE STARS<br>SUITE 1400<br>LOS ANGELES, CA 90067 | $380.09 | $41.05 |
| 000213 | MACERICH PROPERTY<br>MANAGEMENT COMPAN<br>1999 AVENUE OF THE STARS<br>SUITE 1400<br>LOS ANGELES, CA 90067 | $180.09 | $19.45 |

| | | | |
|---|---|---|---|
| 000234 | INLAND ASSOCIATES<br>15021 W 117TH ST<br>EDGERTON, KS 66021 | $905.32 | $97.79 |
| 000235 | HOTJOBSCOM LTD<br>406 W 31ST STREET 8TH<br>FLOOR<br>NEW YORK, NY 10001 | $435.00 | $46.99 |
| 000237 | KEYNOTE SYSTEMS INC<br>2855 CAMPUS DRIVE 2ND<br>FLOOR<br>SAN MATEO, CA 94403 | $590.00 | $63.73 |
| 000248 | ROI CORPORATION<br>1825 BARRETT LAKES BLVD<br>SUITE 260<br>KENNESAW, GA 30144 | $34,777.00 | $3,756.33 |
| 000249 | COBY KING<br>601 S FIGUEROA ST<br>41ST FLOOR<br>LOS ANGELES, CA 90017 | $1,539.45 | $224.62 |
| 000251 | EDP CONTRACT SERVICES<br>LEGAL DEPT<br>109 OAK STREET<br>NEWTON UPPER FA, MA 02464 | $1,000.00 | $108.01 |
| 000254 | GLOBAL KNOWLEDGE<br>29 SAWYER ROAD<br>WALTHAM, MA 02453 | $2,395.00 | $258.69 |
| 000255 | FINANCIAL FITNESS<br>CENTERS TRUST<br>1711 WORTHINGTON ROAD<br>SUITE 103<br>WEST PALM BEACH, FL 33409 | $100,000.00 | $10,801.20 |
| 000263 | EXPONENTS OF CALIFORNIA<br>24971 AVENUE STANFORD<br>VALENCIA, CA 91355 | $1,578.75 | $170.52 |

///

///

///

| | | | |
|---|---|---|---|
| 000243 | ARIZONA BOARD OF REGENTS FOR AND ON BEHALF OF ARIZONA STATE UNIVERSITY C/O MARGARET A GILLESPIE, ESQ. 201 NORTH CENTRAL AVE., SUITE 2210 PHOENIX, AZ 85004-0022 | $153,171.10 | $6.78 |

| | | |
|---|---|---|
| **TOTALS:** | **$1,426,453.64** | **$137,637.80** |
| **CASE NUMBER:** | 8:00-15113-ES | |
| **CASE NAME:** | ETM ENTERTAINMENT NETWORK INC. | |

\* Total also includes employee taxes withheld.