**FILED**
NOV 23 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

**ENTERED**
DEC 07 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bk. No. SA00-15113ES |
| ETM Entertainment Network, Inc. | ) |
| | ) |
| | ) ORDER DENYING REQUEST FOR |
| | ) RELEASE OF UNCLAIMED FUNDS |
| | ) (28 U.S.C. Section 2042, |
| Debtor (s) | ) Bankruptcy Rule 9013, |
| | ) Bankruptcy Local Rule 3011-1) |

On November 10, 2009, Promise Productions, Inc. c/o Dilks & Knopik, LLC filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____  1.  A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

_____  2.  Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____  3.  The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____  4.  The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____  6.  The name on the corporate seal does not match the name listed on the claim.

_____  7.  An original power of attorney was not submitted.

_____  8.  The Proof of Service has not been completed.

_____  9.  The Proof of Service is incomplete. The following is missing:

_____  10. There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

_____  11. There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor.

_____  12. The documents supporting the claim have not been certified.

_____  13. Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case.

_____  14. No proof of claimant owning the company or that he is the President & sole officer.

\_\_\_✓\_\_\_  15. Page 4 of the motion, Signature of Attorney-in-Fact is not notarized.

\_\_✓\_\_\_  16. No proof of identification provided (driver's license/passport).

_____  17. Other:


_____   \_\_11/23/09_____
United States Bankruptcy Judge       Date
JUST - REV