**ENTERED** DEC 29 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:         Deputy Clerk

**FILED** DEC 22 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:         Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re                                      )    Case No. SA00-15113ES
                                           )    ORDER TO PAY UNCLAIMED FUNDS
    ETM Entertainment Network, Inc.        )
                                           )
                                           )
                                           )
    Debtor (s)                             )
                                           )

It appears that a check made payable to Fidelity Walnut Creek Properties, Inc. In the amount of $6,493.44, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on September 10, 2009 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that Pembroke Real Estate, Inc., agent for Fidelity Walnut Creek Properties, Inc. c/o Asset Recovery Trust now claims the above monies in an application filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $6,493.44 to Fidelity Walnut Creek Properties, Inc. c/o Asset Recovery Trust, P.O. Box 4296, Costa Mesa, CA 92628-4296.

_____          12/22/09
United States Bankruptcy Judge           Date
JUDGE - REV. 04/00