James J. Joseph (Tr) [State Bar No. 053840]
jamesjosephtrustee@gmail.com
200 W. Santa Ana Blvd., Suite 400
Santa Ana, CA 92701
Telephone (714) 569-3672
Facsimile (714) 708-3949

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. **8:00-bk-15113-ES** |
| | Chapter 7 |
| **ETM ENTERTAINMENT NETWORK INC., WINPOINT INTERACTIVE MULTIMEDIA SYS,** | |
| | **NOTICE OF UNCLAIMED DIVIDEND(S)** |
| | **(FRBP 3011)** |
| Debtor(s). | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Please find annexed hereto Check No. 100155 in the sum of $3,375.36 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: June 26, 2014

_____
James J. Joseph
Chapter 7 Trustee

UNCLAIMED DIVIDENDS REMITTED TO THE COURT
Check Number 100155, Dated June 26, 2014
Case Number 8:00-bk-15113-ES -- ETM Entertainment Network Inc.

| Claim No. and Type | Claimant | Amount Paid |
|---|---|---|
| 000003 / Gen Unsecured | Jack Tankersley<br>PO Box 6<br>Mount Pleasant, SC 29465 | $7.30 |
| 000010 / Gen Unsecured | Bax Global<br>16808 Armstrong Ave<br>PO Box 19571<br>Irvine, CA 92623-9571 | $18.57 |
| 000015 / Gen Unsecured | Career Strategies Temporary Inc.<br>3435 Wilshire Blvd<br>Suite 2120<br>Los Angeles, CA 90010 | $11.72 |
| 000018 / Gen Unsecured | West Coast Business Supply Inc.<br>1801 East Carnegie Avenue<br>Santa Ana, CA 92705 | $12.46 |
| 000026 / Gen Unsecured | Valley Arena Management<br>c/o The Financial Resources Group, Inc.<br>700 Mechem Drive, Suite 8B<br>Ruidoso, NM 88345 | $392.14 |
| 000048 / Gen Unsecured | Lundquist Craig A<br>7061 Bryant Way<br>Westrninster, CO 80000 | $6.78 |
| 000065 / Gen Unsecured | BPI Communications Inc.<br>PO Box 7247 8042<br>Philadelphia, PA 19170 | $15.42 |

UNCLAIMED DIVIDENDS REMITTED TO THE COURT
Check Number 100155, Dated June 26, 2014
Case Number 8:00-bk-15113-ES -- ETM Entertainment Network Inc.

| Claim No. and Type | Claimant | Amount Paid |
|---|---|---|
| 000122 / Gen Unsecured | Compu Hope Inc.<br>3460 Torrance Blvd<br>Suite 219<br>Torrance, CA 90503 | $18.63 |
| 000127 / Gen Unsecured | Internap Network Services Corp<br>250 Williams Street<br>Bridge Level<br>Suite 100<br>Atlanta, GA 30303 | $50.90 |
| 000135 / Gen Unsecured | Atlantic Mutual Insurance Company<br>c/o Victor Soffer<br>48 Wall Street, 26th Floor<br>New York, NY 10005-2903 | $28.18 |
| 000175 / Gen Unsecured | Vivian Hermann<br>c/o Keys Research<br>23630 SE 440th St<br>Enumclaw, WA 98022 | $46.13 |
| 000177 / Gen Unsecured | Carramerica Realty LP<br>15950 North Dallas Parkway, Ste 300<br>Dallas, TX 75248 | $81.37 |
| 000184 / Gen Unsecured | Fidelity Walnut Creek Properties Inc.<br>c/o Asset Recovery Trust<br>PO Box 4296<br>Costa Mesa, CA 92628-4296 | $138.65 |
| 000204 / Gen Unsecured | JP Morgan Securities Inc.<br>500 Stanton Christiana Road<br>Newark, DE 19715 | $1,844.99 |

UNCLAIMED DIVIDENDS REMITTED TO THE COURT
Check Number 100155, Dated June 26, 2014
Case Number 8:00-bk-15113-ES -- ETM Entertainment Network Inc.

| Claim No. and Type | Claimant | Amount Paid |
|---|---|---|
| 000220 / Gen Unsecured | Burrelle's<br>75 East Northfield Road<br>Livingston, NJ 07039 | $8.91 |
| 000223 / Gen Unsecured | Bellsouth<br>12DD1 301 W Bay St<br>Jacksonville, FL 32202 | $153.52 |
| 000246 / Gen Unsecured | Artsource Inc.<br>505 106th Ave NE Suite 200<br>Bellevue, WA 98004 | $34.12 |
| 000248 / Gen Unsecured | ROI Corporation<br>3434 Route 22<br>Somerville, NJ 08876-6011 | $80.20 |
| 000253 / Gen Unsecured | Tulsa Drillers<br>4802 E 15th Street<br>Tulsa, OK 74112 | $20.90 |
| 000254 / Gen Unsecured | Global Knowledge<br>29 Sawyer Road<br>Waltham, MA 02453 | $5.53 |
| 000255 / Gen Unsecured | Financial Fitness Centers Trust<br>c/o Robbie H Self<br>7326 Lake Worth Road<br>Klae Worth, FL 33467 | $230.62 |
| 000286A / Gen Unsecured | Edward Laperle<br>Unit 12 - 10 Kalinga St.<br>Newport, NSW 2106 Australia | $31.60 |

UNCLAIMED DIVIDENDS REMITTED TO THE COURT
Check Number 100155, Dated June 26, 2014
Case Number 8:00-bk-15113-ES -- ETM Entertainment Network Inc.

| Claim No. and Type | Claimant | Amount Paid |
|---|---|---|
| 000301 / Gen Unsecured | Compuware Corporation<br>18301 Vonkarman Av<br>Suite 500<br>Irvine, CA 92612 | $97.52 |
| 000308 / Gen Unsecured | Anschutz Soccer, Inc.<br>Scott Lubinski Colorado Rapids<br>2331 S. Leyden Street<br>Denver, CO 80222 | $39.20 |
| **TOTAL:** | | **$3,375.36** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
200 W. Santa Ana Blvd., Suite 400, Santa Ana, CA 92701

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6/26/14, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Office of the United States Trustee**, Attn: Kristina Howard, 411 W. Fourth Street, Suite 9041, Santa Ana, CA 92701
**U.S. Bankruptcy Court**, c/o Fiscal Department, 255 East Temple Street, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/26/14 | Alane Canzone | *(signature)* Alane Canzone |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                   F 9013-3.1.PROOF.SERVICE